## PANHANDLE & S. F. RY. CO. v. POSEY.
### (No. 101—2936.)

(Commission of Appeals of Texas, Section A.
Nov. 12, 1919.)

APPEAL AND ERROR ☞64—JURISDICTION OF
SUPREME COURT.

While suit against a railroad for $616.05
was filed in the district court, it was cogniza-
ble by the county court, and under Rev. St. art.
1591, the Supreme Court is without jurisdic-
tion to review the judgment of the Court of
Civil Appeals.

Error to Court of Civil Appeals of Seventh
Supreme Judicial District.

Action by J. F. Posey against the Pan-
handle & Santa Fé Railway Company. Judg-
ment for plaintiff was affirmed by the Court
of Civil Appeals, and defendant brings error.
Defendant in error's motion to dismiss grant-
ed on recommendation of the Commission of
Appeals.

Terry, Cavin & Mills, of Galveston, Roscoe
Wilson, of Lubbock, and Madden, Trulove,
Ryburn & Pipkin, of Amarillo, for plaintiff in
error.

Benson & Spencer, of Lubbock, for defend-
ant in error.

TAYLOR, J. The total amount of dam-
ages sued for by defendant in error in this
cause is $618.05. While the suit was filed in
the district court, it was cognizable by the
county court. The Supreme Court is there-
fore without jurisdiction to review the judg-
ment of the Court of Civil Appeals. Article
1591, Revised Statutes 1911; Cole v. State
ex rel. Cobolini, 106 Tex. 472, 170 S. W. 1036;
Carter v. Brown, 107 Tex. 539, 181 S. W. 685;
Camp v. Nat. Equit. Soc. of Belton, 108 Tex.
246, 191 S. W. 699.

We recommend that defendant in error's
motion to dismiss be granted.

PHILLIPS, C. J. Approved.